MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| STACEY LYN SCHAEFERS, | Case No.: 1:17-cv-00648-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 10 days to **April 9, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant has had leave and workload issues that preclude filing her responsive brief by March 29, 2018. In

-1-

particular, counsel for Defendant was on leave from March 15 through March 23, 2018, and is presently unable to fully review the record and prepare the Commissioner's responsive brief before the March 29, 2018, deadline.  Furthermore, counsel for Defendant has other pending workload issues that preclude filing the Commissioner's responsive brief by the presently scheduled deadline, such as drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit, finalizing discovery and preparing substantive pleadings in personnel-related litigation pending before the Equal Employment Opportunity Commission (EEOC), and preparing for an arbitration proceeding involving the agency and one of the agency's collective bargaining units.

      Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *March 26, 2018*                 LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Asim H. Modi for Monica Perales\**
       MONICA PERALES
       *\*Authorized by email on March 26, 2018*
       Attorneys for Plaintiff

Date: *March 26, 2018*                 MCGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

By:    */s/ Asim H. Modi*
       ASIM H. MODI
       Special Assistant United States Attorney
       Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, Defendant's time to file its responsive brief with the Court is EXTENDED by 10 days to April 9, 2018, and all other scheduling dates set forth in the Court's Case Management Order are EXTENDED accordingly.

IT IS SO ORDERED.

Dated: **March 26, 2018**         /s/ Elvin P. Gross
UNITED STATES MAGISTRATE JUDGE