Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Stacey Lyn Schaefers

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| STACEY LYN SCHAEFERS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social,<br><br>Defendant. | Case No.: 1:17-cv-00648-EPG<br><br>ORDER TO EXTEND SCHEDULED ORAL ARGUMENT |

Plaintiff Stacey Schaefers and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their attorneys, stipulate, to reschedule oral argument set forth for May 24, 2018 at 2:00 p.m. to July 12, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **May 23, 2018**          /s/ *Erica P. Grosjean*
                                 UNITED STATES MAGISTRATE JUDGE